1   STEVEN G. KALAR
    Federal Public Defender
2   ROBERT CARLIN
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant
    THOMAS GILBERT WILSON

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11                                    )
    UNITED STATES OF AMERICA,         )   No. CR 12-00744-DLJ
12                                    )
                     Plaintiff,       )   STIPULATION TO CONTINUE STATUS
13                                    )   CONFERENCE; [] ORDER
    vs.                               )
14                                    )
    THOMAS GILBERT WILSON,            )
15                                    )
                     Defendant.       )
16  _____

17        Plaintiff United States of America, by and through Special Assistant United States

18  Attorney Ann Marie Ursini, and Defendant THOMAS GILBERT WILSON ("Mr. Wilson"), by

19  and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby

20  stipulate that the status conference in this case should be continued from January 31, 2013, to

21  March 14, 2013, at 9:00 a.m.

22        1.  Mr. Wilson has been charged in an eleven (11) count indictment with violations of 18

23  U.S.C. §§ 371, 2, 471, 472, and 477.

24        2.  A status conference before this Honorable Court is currently scheduled for January 31,

25  2013, at 9:00 a.m.

26
    STIPULATION TO CONTINUE STATUS
    CONFERENCE; ] ORDER
    CASE NO. CR 12-00744 DLJ                 1

1    3.  Additional time is required to conduct investigation, and also to research the

2  possibility of certain pretrial motions.  Counsel for Mr. Wilson also needs the opportunity to

3  further discuss the facts and pending charges with government counsel, to determine if an

4  appropriate resolution of the matter can be reached.

5    4.  Mr. Wilson respectfully requests that the status hearing be continued as requested, and

6  agrees to the exclusion of time from January 31, 2013, to March 14, 2013, pursuant to 18 U.S.C.

7  § 3161 (h)(7)(A).

8    5.  Accordingly, the parties request that the status hearing be continued from January 31,

9  2013, to March 14, 2013, at 9:00 a.m.

10    IT IS SO STIPULATED.

11                                 Respectfully submitted,

12                                 STEVEN G. KALAR
                                   Federal Public Defender

13                                 /S/

14                                 _____
   Dated: January 29, 2013        ROBERT M. CARLIN

15                                 Assistant Federal Public Defender

16

17                                 UNITED STATES ATTORNEY

18                                 /S/
   Dated: January 29, 2013         _____

19                                 ANN MARIE URSINI
                                   Special Assistant United States Attorney

20

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CASE NO. CR 12-00744 DLJ            2

1   STEVEN G. KALAR
    Federal Public Defender
2   ROBERT M. CARLIN
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant
    THOMAS GILBERT WILSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                    )
    UNITED STATES OF AMERICA,         )    No. CR 12-00744-DLJ
12                                    )
                   Plaintiff,         )    [] ORDER ON STIPULATION
13                                    )    TO CONTINUE STATUS CONFERENCE
    vs.                               )
14                                    )
    THOMAS GILBERT WILSON,            )
15                                    )
                   Defendant.         )
16  _____

17         1.  Mr. Wilson has been charged in an eleven (11) count indictment with violations of 18

18  U.S.C. §§ 371, 2, 471, 472, and 477.

19         2.  A status conference before this Court is currently scheduled for January 31, 2013, at

20  9:00 a.m.

21         3.  Additional time is required to conduct investigation, and also to research the

22  possibility of certain pretrial motions.  Counsel for Mr. Wilson also needs the opportunity to

23  further discuss the facts and pending charges with government counsel, to determine if an

24  appropriate resolution of the matter can be reached.

25  ///

26
    STIPULATION TO CONTINUE STATUS
    CONFERENCE; [] ORDER
    CASE NO. CR 12-00744 DLJ            3

1    4.  The status hearing in this matter shall be continued from January 31, 2013, to March

2    14, 2013, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).

3    IT IS SO ORDERED.

4

5    Dated: ___~~FILED~~_____        _____

6                                          HON. D. LOWELL JENSEN
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE; ] ORDER
CASE NO. CR 12-00744 DLJ                    4