1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753                    ÈÒËZŒŠÒÒ Ä Æ Æ GEF J EF I E
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  THOMAS GILBERT WILSON

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12                                     )
   UNITED STATES OF AMERICA,           )      No. CR 12-00744-DLJ
13                                     )
                    Plaintiff,         )      STIPULATION TO CONTINUE
14                                     )      SENTENCING; [] ORDER
   vs.                                 )
15                                     )
   THOMAS GILBERT WILSON,              )
16                                     )
                    Defendant.         )
17  _____ )

18       Plaintiff United States of America, by and through Special Assistant United States

19  Attorney Edward Fluet, and Defendant THOMAS GILBERT WILSON ("Mr. Wilson"), by and

20  through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

21  that the sentencing hearing should be continued from March 6 to April 24, 2014, at 10:00 a.m.

22       1.  Mr. Wilson appeared before this Honorable Court on December 12, 2014, and entered

23  guilty pleas to violations of 18 U.S.C. §§ 2, 371, 471, and 472.  The sentencing hearing is

24  currently scheduled for March 6, 2014, at 10:00 a.m.

25

26  STIPULATION TO CONTINUE HEARING;
    [] ORDER
    NO. CR 12-00613-DLJ
                                          1

1        2.  United States Probation Officer Insa Bel'Ochi has contacted the parties to request a

2    continuance of the sentencing hearing, in order to complete preparation of the Presentence

3    Report.

4        3.  Accordingly, the parties are respectfully requesting that the sentencing hearing be

5    continued to April 24, 2014, at 10:00 a.m.

6

7    IT IS SO STIPULATED.

8                                              Respectfully submitted,

9                                              STEVEN G. KALAR
                                               Federal Public Defender

10

11
                                               ____/s/_____
12   Dated: February 18, 2014                  ROBERT CARLIN
                                               Assistant Federal Public Defender

13

14                                             UNITED STATES ATTORNEY

15

16   Dated: February 18, 2014                  __/s/_____
                                               EDWARD FLUET
17                                             Special Assistant United States Attorney

18

19

20

21

22

23

24

25

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     NO. CR 12-00613-DLJ

1 │ STEVEN G. KALAR
Federal Public Defender
2 │ ROBERT CARLIN
Assistant Federal Public Defender
3 │ 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 │ Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org
5 │
Counsel for Defendant
6 │ THOMAS GILBERT WILSON

7 │

8 │

9 │                 IN THE UNITED STATES DISTRICT COURT

10 │            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 │                        SAN JOSE DIVISION

12 │                                        )
UNITED STATES OF AMERICA,               )    No. CR 12-00744-DLJ
13 │                                        )
                    Plaintiff,            )    [] ORDER ON STIPULATION
14 │                                        )    TO CONTINUE STATUS CONFERENCE
vs.                                     )
15 │                                        )
THOMAS GILBERT WILSON,                  )
16 │                                        )
                    Defendant.           )
17 │ _____

18 │

19 │

20 │        1.  Mr. Wilson appeared before this Honorable Court on December 12, 2014, and entered

21 │ guilty pleas to violations of 18 U.S.C. §§ 2, 371, 471, and 472.  The sentencing hearing is

22 │ currently scheduled for March 6, 2014, at 10:00 a.m.

23 │        2.  United States Probation Officer Insa Bel'Ochi has contacted the parties to request a

24 │ continuance of the sentencing hearing, in order to complete preparation of the Presentence

25 │ Report.

26 │ STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1        3.  Based on the foregoing, the sentencing hearing shall be continued to April 24, 2014, at

2    10:00 a.m.

3

4        IT IS SO ORDERED.

5                                    FJ
     Dated: February _____, 2014        _____

6                                         HON. D. LOWELL JENSEN
                                          United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   STIPULATION TO CONTINUE HEARING;
     [] ORDER
     NO. CR 12-00613-DLJ
                                         4