1 STEVEN G. KALAR
Federal Public Defender
2 ROBERT CARLIN
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org
5
Counsel for Defendant
6 THOMAS GILBERT WILSON

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 )
UNITED STATES OF AMERICA,    ) No. CR 12-00744-DLJ
12                            )
         Plaintiff,           ) **STIPULATION TO CONTINUE**
13                            ) **SENTENCING; [] ORDER**
vs.                           )
14                            )
THOMAS GILBERT WILSON,        )
15                            )
         Defendant.           )
16 _____

17     Plaintiff United States of America, by and through Special Assistant United States

18 Attorney Casey O'Neill, and Defendant THOMAS GILBERT WILSON ("Mr. Wilson"), by and

19 through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

20 that the sentencing hearing should be continued from April 24 to May 1, 2014, at 10:00 a.m.

21     1. Mr. Wilson appeared before this Honorable Court on December 12, 2014, and entered

22 guilty pleas to violations of 18 U.S.C. §§ 2, 371, 471, and 472.  The sentencing hearing is

23 currently scheduled for April 24, 2014, at 10:00 a.m.

24 ///

25 ///

26 STIPULATION TO CONTINUE HEARING;
] ORDER
NO. CR 12-00744-DLJ

1

1  2. Mr. Wilson's co-defendant, Alma Cabrera, is scheduled for sentencing on May 1,
2  2014.  Mr. Wilson believes that it would be beneficial if he and Ms. Cabrera are sentenced on the
3  same day, and the government has no objection.
4  3. Accordingly, the parties are respectfully requesting that the sentencing hearing be
5  continued to May 1, 2014, at 10:00 a.m.
6  IT IS SO STIPULATED.

7  Respectfully submitted,

8  STEVEN G. KALAR
   Federal Public Defender

11 Dated: April 15, 2014          _____/s/_____
                                  ROBERT CARLIN
                                  Assistant Federal Public Defender

13                                UNITED STATES ATTORNEY

15 Dated: April 15, 2014          _____/s/_____
                                  CASEY O'NEILL
16                                Special Assistant United States Attorney

26 STIPULATION TO CONTINUE HEARING;
   [] ORDER
   NO. CR 12-00744-DLJ

1 | STEVEN G. KALAR
Federal Public Defender
2 | ROBERT CARLIN
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
THOMAS GILBERT WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   )   No. CR 12-00744-DLJ
                            )
            Plaintiff,      )   **[] ORDER ON**
                            )   **STIPULATION TO CONTINUE STATUS**
vs.                         )   **CONFERENCE**
                            )
THOMAS GILBERT WILSON,      )
                            )
            Defendant.      )
_____

   1. Mr. Wilson appeared before this Honorable Court on December 12, 2014, and entered guilty pleas to violations of 18 U.S.C. §§ 2, 371, 471, and 472.  The sentencing hearing is currently scheduled for April 24, 2014, at 10:00 a.m.

   2. Mr. Wilson's co-defendant, Alma Cabrera, is scheduled for sentencing on May 1, 2014. Mr. Wilson believes that it would be beneficial if he and Ms. Cabrera are sentenced on the same day, and the government has no objection.

///

///

///

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00744-DLJ

3

1  3. Based on the foregoing, the sentencing hearing shall be continued to May 1, 2014, at
2  10:00 a.m.
3  IT IS SO ORDERED.
4  Dated: April __, 2014

_____
HON. D. LOWELL JENSEN
United States District Judge

26 STIPULATION TO CONTINUE HEARING;
[ ORDER
NO. CR 12-00744-DLJ

4