UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>WILSON, et al.,<br>　　　　　Defendant. | Case No. 12-cr-00744-DLJ-1   (BLF)<br><br>**ORDER GRANTING APPLICATION FOR FINAL ORDER OF FORFEITURE**<br><br>[Re: ECF 66] |

On September 23, 2014, the court, Judge D. Lowell Jensen presiding, entered a Preliminary Order of Forfeiture forfeiting the following property: all partial and complete counterfeit Federal Reserve Notes; one Hewlett Packard Pavilion laptop, serial number CNU1400TZD; paper cutters; metallic "L" shaped ruler; box cutting knives and container of soap detergent, pursuant to Title 18, United States Code, Section 492 and 982(a)(2)(B) and Title 28, United States Code, Section 2461(c). *See* ECF 64 at 2.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 492 and 982(a)(2)(B) and Title 28, United States Code, Section 2461(c). All right, title, and interest in said property is vested in the United States of America.

The appropriate federal agency shall dispose of the forfeited property according to law.

**IT IS SO ORDERED.**

Dated: December 9, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2